[No. 73149-1-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSEMARY HARRIET KAMB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-01064-2, Ira Uhrig, J., entered January 29, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 73462-8-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN RICHARD SASS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01796-5, Linda C. Krese, J., entered May 18, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Becker and Spearman, JJ.

[No. 73517-9-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ZIELINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02242-3, Tanya Thorp, J., entered May 15, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Becker, J.

[No. 73518-7-I.   Division One.   October 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE DEAN LEDERLE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-1-00194-8, John M. Meyer, J., entered May 21, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Appelwick, JJ.